**Kathleen M. KEGARISE, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 02–3065.

United States Court of Appeals,
Federal Circuit.

Oct. 25, 2002.

Before PAULINE NEWMAN, LOURIE, and DYK, Circuit Judges.

## JUDGMENT

### PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36